| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 675.00 | 900.00 |
| Gross Pay | | | $675.00 | $900.00 |

Local:       Local:
Social Security Number:  XXX-XX-XXXX

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.35 | 21.35 |
| Social Security | -41.85 | 55.80 |
| Medicare | -9.79 | 13.05 |
| Georgia State Income | -21.65 | 22.02 |

Net Pay       $580.36

Cartersville, GA 30121

Your federal taxable wages this period are $675.00

TEAR HERE   Call FormCenter® to Reorder (800) 662-3218 or log on to www.form-center.com/adp

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 225.00 | 225.00 |
| Gross Pay | | | $225.00 | $225.00 |

Social Security Number: XXX-XX-XXXX
Local:  0
Local:

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -13.95 | 13.95 |
| Medicare | -3.26 | 3.26 |
| Georgia State Income | -0.37 | 0.37 |
| Net Pay | $207.42 | |

Cartersville, GA 30121

Your federal taxable wages this period are $225.00

HERE   Call FormCenter® to Reorder (800) 662-3218 or log on to www.form-center.com/adp